# EXHIBIT A

# EXHIBIT A

**Cotten Wright**

**From:** Matt Jenkins [shephard68@yahoo.com]
**Sent:** Tuesday, April 17, 2012 5:28 PM
**To:** Caren Enloe; Cotten Wright; christopher_badger@ncwb.uscourts.gov
**Subject:** Re: In re Jenkins/ 12-50413 [MMM-mmmdms1.24634.80413]

All:

After much reflection, I have reconsidered and am voluntarily dismissing my chapter 7 petition tomorrow, April 18, 2012.

Sincerely,
Matt Jenkins

---

**From:** Caren Enloe <CEnloe@mmmlaw.com>
**To:** Cotten Wright <cwright@grierlaw.com>; "christopher_badger@ncwb.uscourts.gov" <christopher_badger@ncwb.uscourts.gov>
**Cc:** Greg Chocklett <GChocklett@chocklettlaw.com>; "shephard68@yahoo.com" <shephard68@yahoo.com>; Chad Sharkey <csharkey@mmmlaw.com>
**Sent:** Tuesday, April 17, 2012 3:55 PM
**Subject:** RE: In re Jenkins/ 12-50413 [MMM-mmmdms1.24634.80413]

All:

I just spoke with Cotten. I am serving on an advisory council for Wake County Schools and I am scheduled to be in a meeting with the Wake County Superintendent of Schools Thursday from 9:00-3:00. Chad has a client coming in from out of state for a meeting on Thursday, as well. Cotten has indicated she would have no problem with us appearing telephonically Thursday. Chris, can you please see if Judge Beyer will allow us to appear telephonically and provide a call in number? If not, please advise and we will adjust our commitments accordingly.



**Caren D. Enloe**
Morris, Manning & Martin, LLP
1000 Park Forty Plaza
Suite 350
Durham, NC 27713
Direct: 919.433.2821
Fax: 919.806.2057
cenloe@mmmlaw.com

*Please consider the environment before printing this email.*
For information on Morris, Manning & Martin, LLP, please visit www.mmmlaw.com or http://twitter.com/mmm_law.
This e-mail message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.
TREASURY DEPARTMENT CIRCULAR 230 DISCLOSURE: To ensure compliance with

6/7/2012

requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Cotten Wright [mailto:cwright@grierlaw.com]
**Sent:** Tuesday, April 17, 2012 4:30 PM
**To:** christopher_badger@ncwb.uscourts.gov
**Cc:** Caren Enloe; Greg Chocklett; shephard68@yahoo.com
**Subject:** In re Jenkins/ 12-50413

Chris:

Attached here is the Trustee's objection to the motion for a Rule 2004 examination of the Debtor. We will file a notice of hearing scheduling this matter to be heard on Thrusday, April 19, 2012, at 10 a.m. in Charlotte.

Thanks,
Cotten


**A. COTTEN WRIGHT**

**Grier Furr & Crisp, PA**
ATTORNEYS AT LAW

101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

6/7/2012

# EXHIBIT B

**Cotten Wright**

**From:** Cotten Wright
**Sent:** Monday, May 21, 2012 6:00 PM
**To:** shephard68@yahoo.com
**Cc:** 'Jim Ward'
**Subject:** Continued Meeting of Creditors

Mr. Jemkins:

The Trustee proposes to convene the continued the meeting of creditors on **June 13, 2012 at 10:30 a.m.** in my office at the address shown below. Please confirm your availability on that date and time.

Thanks,
Cotten Wright

# A. COTTEN WRIGHT

# Grier Furr & Crisp, PA
ATTORNEYS AT LAW

101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

6/7/2012

**Cotten Wright**

---

**From:** Cotten Wright
**Sent:** Wednesday, May 30, 2012 6:50 PM
**To:** shephard68@yahoo.com
**Cc:** 'Jim Ward'
**Subject:** Continued Meeting of Creditors
**Importance:** High

Mr. Jenkins:

On May 21, I sent you an email asking you to confirm your availability for the continued meeting of creditors on **June 13, 2012 at 10:30 a.m**. in my office. You have not responded. If that date is not convenient, please give me two alternate dates when you are available.

Thanks,
Cotten Wright

**A. COTTEN WRIGHT**

**Grier Furr & Crisp** PA
ATTORNEYS AT LAW

101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

6/7/2012