UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

In re:

Matthew Alan Jenkins,

f/d/b/a Shephard Service Company,

Debtor.

Case Number: 12-50413

Chapter 7

### NOTICE OF HEARING

TAKE NOTICE that the Trustee, through counsel, has filed his *Trustee's Motion for Order Setting Date for Continued Meeting of Creditors* (the "Motion") in the above-referenced bankruptcy case. A copy of the Motion is available from the undersigned or from the Bankruptcy Court's web site at http://www.ncwb.uscourts.gov/. The Court will conduct a hearing on the Motion on **June 27, 2012 at 9:30 a.m.**

The Motion requests entry of an Order setting June 27, 2012 at 1:00 p.m. as the time for the continued meeting of creditors in this case.

<u>Your rights may be affected</u>. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to enter an Order approving the Motion, or if you want the Court to consider your views on the Motion, then on or before **June 21, 2012**, you or your attorney must do three (3) things:

1. **File with the Court a written request for a hearing at:**

    U.S. Bankruptcy Court
    Post Office Box 34189
    Charlotte, NC 28234

    If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for filing your written request for hearing, you must also mail or fax a copy of your written request for hearing to:**

    A. Cotten Wright
    Grier, Furr & Crisp, PA
    101 North Tryon Street, Suite 1240
    Charlotte, NC 28246

Fax: (704) 332-0215

3. **If you request a hearing, you or your attorney must attend the hearing** which would be held at 9:30 a.m. on **June 27, 2012**, in the Bankruptcy Courtroom at 401 West Trade Street, Charlotte, NC.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested and may enter an order granting the relief.

**DATED** this 7th day of June, 2012.

*/s/ A. Cotten Wright*
A. Cotten Wright
State Bar No. 28162
Grier, Furr & Crisp, PA
101 N. Tryon Street, Suite 1240
Charlotte, NC  28246
(704) 332-0207 – Telephone
(704) 332-0215 – Fax
cwright@grierlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In re:<br><br>    Matthew Alan Jenkins,<br><br>    f/d/b/a Shephard Service Company,<br><br>    Debtor. | Case Number: 12-50413<br><br>Chapter 7 |

      The undersigned hereby certifies that copies of the foregoing *Trustee's Motion for Order Setting Date for Continued Meeting of Creditors* and *Notice of Hearing* were served on the parties listed below, by electronic service or by placing said copies in the United States mail, first-class postage prepaid, and addressed as directed.

U.S. Bankruptcy Administrator
Via electronic service

Matthew Alan Jenkins
116 Milbros Lane
Mooresville, NC 28117
shephard68@yahoo.com

Caren Enloe
Chad Sharkey
Morris, Manning & Martin, LLP
1000 Park Forty Plaza, Suite 350
Durham, NC 27713
CEnloe@mmmlaw.com;
csharkey@mmmlaw.com

Gregory P. Chocklett
Law Offices of Gregory P. Chocklett
711 Harvey Street
Raleigh, N. Carolina 27608
GChocklett@chocklettlaw.com

Jon S. Player
Hedrick Gardner Kincheloe & Garofalo LLP
P. O. Box 30397
Charlotte, NC 28230
jplayer@hedrickgardner.com

      This is the 7th day of June, 2012.

                              */s/ A. Cotten Wright*
                              A. Cotten Wright
                              Grier Furr & Crisp, PA
                              101 N. Tryon Street, Suite 1240
                              Charlotte, NC 28246