# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>　　Matthew Alan Jenkins,<br><br>　　f/d/b/a Shephard Service Company,<br><br>　　　　　　Debtor. | Case Number:  12-50413<br><br>Chapter 7 |

## EX PARTE MOTION FOR ORDER SHORTENING NOTICE

　　The Bankruptcy Administrator for the Western District of North Carolina by this ex parte motion respectfully requests the entry of an Order shortening the prescribed notice of the **CHAPTER 7 TRUSTEE'S AND THE BANKRUPTCY ADMINISTRATOR'S MOTION TO EXTEND THE TIME TO OBJECT TO DISCHARGE**.  In support of this motion to shorten notice, the Bankruptcy Administrator respectfully represents and says:

1. The Bankruptcy Administrator requests that this Court shorten the required notice period for the Requested Relief pursuant to Bankruptcy Rule 9006, so that the requested relief can be heard by the Court on Wednesday, June 27, 2012 at 9:30 a.m.

2. The Bankruptcy Administrator submits that no parties in interest will be prejudiced by the shortened notice as there are other matters scheduled for hearing at this date and time, namely:

    a. Motion to Dismiss for Abuse filed by William Andrew LeLeiver [docket #73].

    b. Motion for Order Setting Date for Continued Meeting of Creditors filed by the Chapter 7 Trustee [docket #78].

    c. Motion to Dismiss filed by the Debtor [docket #87].

　　Wherefore, the undersigned moves the Court to grant the relief requested in this Motion and for such other and further relief as the Court deems just and proper.

　　Dated: June 18, 2012


　　　　　　　　　　　　　　　　　　　　/s/ Linda W. Simpson
　　　　　　　　　　　　　　　　　　　　Linda W. Simpson

                    United States Bankruptcy Administrator
                    402 W. Trade Street, Suite 200
                    Charlotte, NC  28202-1669
                    N.C. Bar #12596
                    Telephone:  (704) 350-7587   Fax:  (704) 344-6666
                     Email: Linda_Simpson@ncwba.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>   Matthew Alan Jenkins,<br>   f/d/b/a Shephard Service Company,<br><br>   Debtor. | Case Number: 12-50413<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading(s) or paper(s) to which this Certificate is affixed was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on June 18, 2012.

Matthew Alan Jenkins
116 Milbros Lane
Mooresville, NC 28117


*/s/ Linda W. Simpson*
Linda W. Simpson (State Bar No. 12596)
United States Bankruptcy Administrator
402 West Trade Street, Suite 200
Charlotte, NC  28202
Phone:  (704) 332-7587; Fax:  (704) 344-6666
Email:  linda_simpson@ncwba.uscourts.gov