FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 19 2012

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br>    **Matthew Alan Jenkins,**<br>    **f/d/b/a Shephard Service Company,**<br><br>    **Debtor.** | Case Number: 12-50413<br><br>Chapter 7 |

### EX PARTE ORDER SHORTENING NOTICE

Upon consideration of the ex parte motion to shorten notice of hearing on the **CHAPTER 7 TRUSTEES'S AND THE BANKRUPTCY ADMINISTRATOR'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE** filed by the Bankruptcy Administrator; and notice of the ex parte motion to shorten notice being sufficient, and no further notice being necessary under the circumstances; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the notice period of the motion is hereby reduced to pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure; it is further

ORDERED that the service of notice of the hearing to the parties listed in the Certificate of Service is adequate and proper; it is further

ORDERED that a hearing on the Chapter 7 Trustee's and the Bankruptcy Administrator's Motion to Extend Time to Object to Discharge will be held on Wednesday, June 27, 2012 at 9:30 a.m. at the United States Bankruptcy Court for the Western District of North Carolina, Courtroom 126, 401 W. Trade St., Charlotte, North Carolina; and it is further

ORDERED that this Court will retain jurisdiction over any and all issues arising from or related to the implementation of this Order.

*This Order has been signed electronically.*
*The judge's signature and court's seal appear*
*at the top of the Order.*

*United States Bankruptcy Court*