**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 12–50413
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Matthew Alan Jenkins
    fdba Shephard Service Company
116 Milbros Lane
Mooresville, NC 28117
Social Security No.: xxx–xx–7881

# NOTICE OF HEARING ON MOTION/APPLICATION OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on June 18, 2012 the Bankruptcy Administrator filed a(n) Motion to Extend Time to Object to Discharge/Dischargeability in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina. A copy should be served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

**DATE/TIME/LOCATION OF HEARING:**
June 27, 2012
09:30 AM
Charles R. Jonas Federal Building
401 West Trade Street
Courtroom 126
Charlotte, NC 28202

**ADDRESS OF BANKRUPTCY ADMINISTRATOR:**
Office of U.S. Bankruptcy Administrator
402 West Trade Street, Suite 200
Charlotte, NC 28202–1669
(704)350–7587

Dated: June 19, 2012

Steven T. Salata
Clerk of Court

Electronically filed and signed (6/19/12)